UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK DARNELL HARRIS,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY,<br><br>Respondent. | Case No.: 1:19-cv-01430-DAD-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 14]<br><br>[OPPOSITION DEADLINE: 2/1/20] |

Petitioner is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 12, 2019, Respondent filed a motion to dismiss the petition. (Doc. 12.) On December 23, 2019, Petitioner filed a first request for extension of time to file an opposition to the motion. (Doc. 14.)

Good cause having been presented and good cause appearing therefor, Petitioner is GRANTED thirty (30) days, to and including February 1, 2020, to file an opposition.

IT IS SO ORDERED.

Dated:  __January 2, 2020__                    _____ /s/ *Sheila K. Oberto* _____
                                                                    UNITED STATES MAGISTRATE JUDGE

1