# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK DARNELL HARRIS,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY,<br><br>Respondent. | No. 1:19-cv-01430-DAD-SKO (HC)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

Petitioner is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant habeas petition on October 9, 2019. (Doc. 1.) On October 16, 2019, the Court issued an order setting a briefing schedule. (Doc. 6.) On December 12, 2019, Respondent filed a motion to dismiss the petition for violation of the statute of limitations. (Doc. 12.) After being granted an extension of time, on January 21, 2020, Petitioner filed an opposition to the motion. (Doc. 16.) On January 23, 2020, Respondent filed a motion for an extension of time to file a reply to the opposition. (Doc. 17.)

In the opposition, Counsel for Petitioner states he is currently waiting for a declaration from Petitioner in support of his request for equitable tolling. (Doc. 16 at p.4, fn.1.) Counsel states he will provide the Court and Respondent with the declaration, but he does not know when

the declaration will be available due to Petitioner's incarceration. (Id.) In his motion, Respondent states he has no objection to Petitioner's late submission of the declaration, but he requests an extension of fourteen days from the date Petitioner's declaration is served.

In light of the foregoing, the Court will extend time to allow Petitioner to file the declaration and for Respondent to file a reply; however, the Court cannot delay indefinitely. Therefore, a deadline of thirty (30) days will be set.

**ORDER**

Based on the foregoing, the Court HEREBY ORDERS:

1. Petitioner's declaration is due thirty (30) days from the date of service of this Order; and

2. Respondent's reply is due fourteen (14) days from the date of service of Petitioner's declaration or the expiration of the thirty (30) day period for submission of the declaration, whichever occurs first.

IT IS SO ORDERED.

Dated: **January 24, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE